UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-4903 FMO (AGRx) | Date | **November 5, 2021** |
|---|---|---|---|
| Title | **Ruben Calderon v. Saint Patrick Productions LLC**, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Gabriela Garcia | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal for Lack of Prosecution

Plaintiff Ruben Calderon ("plaintiff") filed his Complaint on February 10, 2021, against Saint Patrick Productions LLC ("SPP"), Michael Shawn Riley ("M. Riley"), Conor Riley ("C. Riley"), and John Bulicek ("Bulicek"). (Dkt. 1). C. Riley was served on March 19, 2021, (Dkt. 14, POS) and SSP was served on May 5, 20201. (Dkt. 15, POS). On July 21, 2021, the court granted a stipulation between plaintiff and defendants SSP, M. Riley, and C. Riley to extend the time to file responses to the Complaint. (Dkt. 27, Court's Order of July 21, 2021). Bulicek was served on August 19, 2021. (Dkt. 31, POS). Plaintiff filed the operative First Amended Complaint ("FAC") on August 31, 2021.[1] (Dkt. 32, FAC). As of the date of this Order, no defendant has filed an answer. Accordingly, IT IS ORDERED THAT:

1. Plaintiff shall file a request for entry of default as to each defendant by no later than **November 11, 2021**.

2. Failure to file timely requests for entry of default shall result in the action or the above defendant(s) being dismissed for lack of prosecution and for failure to comply with the orders of the court. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

| | 00 : 00 |
|---|---|
| Initials of Preparer | gga |

---

[1] On August 17, 2021, the court granted the parties' stipulation to allow the filing of an amended complaint, and excused defendants from filing a response to the original Complaint. (Dkt. 30, Court's Order of August 17, 2021). The stipulation did not include Bulicek, who had not yet been served.