# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA,
# WESTERN DIVISION

| | |
|---|---|
| RUBEN CALDERON,<br><br>            Plaintiff,<br><br>   vs.<br><br>SAINT PATRICK PRODUCTIONS LLC; MICHAEL SHAWN RILEY; CONOR RILEY; AND JOHN BULICEK,<br><br>            Defendants. | Case No. 2:21-cv-04903 FMO-AGR<br><br>FINAL JUDGMENT, BY CONSENT, AS TO DEFENDANTS SAINT PATRICK PRODUCTIONS LLC, MICHAEL SHAWN RILEY, AND CONOR RILEY |

      Pursuant to the Settlement Agreement dated May 3, 2022, by and between Plaintiff Ruben Calderon and Defendants Saint Patrick Productions LLC, Michael Shawn Riley, and Conor Riley ("Defendants"), Defendants consented to the entry of this Final Judgment and waived any right to appeal from this Final Judgment in the event payment of the Settlement Sum (as defined in the Settlement Agreement) of $80,000.00 is not made in compliance with the terms of the Settlement Agreement, subject to Defendants' ability to cure, as provided therein. Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Plaintiff Ruben Calderon and against Defendants Saint Patrick Productions LLC, Michael Shawn Riley, and Conor Riley, jointly and severally, in the amount of the Settlement

Sum of Eighty Thousand Dollars ($80,000.00), plus post-judgment interest on the Settlement Sum at the post-judgment interest rate pursuant to 28 U.S.C. §1961 accruing as of April 21, 2022, plus the amount of $1,500.00 for Plaintiff's attorneys' fees, minus the amount of the Settlement Sum actually paid by Defendants.

Dated: August 29, 2022

/s/
_____
Honorable Fernando M. Olguin,