JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN CALDERON, | Case No. CV 21-4903 FMO (AGRx) |
| Plaintiff, | |
| v. | **AMENDED JUDGMENT** |
| SAINT PATRICK PRODUCTIONS LLC, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal of Entire Action with Prejudice (Dkt. 90), the above action is **dismissed with prejudice**. The court shall retain jurisdiction to enforce only the terms set forth in this Amended Judgment: Payment of $80,000 ("Settlement Sum") in twenty-four (24) installment payments of $3,125.00, payable monthly on the 15th day of each month with the first payment due on May 15, 2022, and subsequent payments due on the 15th day of each consecutive month thereafter, through and including April 15, 2024, with one final payment of $1,875.00 due on May 15, 2024.

Dated this 14th day of November, 2022.

/s/
Fernando M. Olguin
United States District Judge